# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Amanda Arla Sanchez-Garcia  PRINCIPAL<br>YOB:   1987<br>USC | United States District Court<br>Southern District of Texas<br>FILED<br>AUG 24 2016<br>Clerk of Court | **CRIMINAL COMPLAINT**<br>Case Number:<br>M-16-1564-M |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 22, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Juan Manuel Vazquez-Palomino and Sergio Marin-Reyes, citizens and nationals of the United Mexican States, along with one (1) other undocumented alien, for a total of three (3), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Cuevitas, Texas to the point of arrest near Sullivan City, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**   **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 22, 2016, at approximately 3:10 P.M., Border Patrol Agent M. Ortega was traveling south on Guadalupe Flores Road when he observed a gray Nissan Altima parked near the intersection of Guadalupe Flores Road and Military Road in Cuevitas, Texas. The gray Altima was parked on the side of the road facing north. Agent Ortega then observed three people running from the west side of the road and board the gray Altima. The vehicle then proceeded to drive north on Guadalupe Flores Road.

Agent Ortega then conducted a vehicle stop on the gray Altima and made contact with the driver, Amanda Arla SANCHEZ-Garcia. Agent Ortega asked SANCHEZ if everyone in the vehicle was a United States Citizen, to which she responded "I am" and immediately stated "I was just giving them a ride." Agent Ortega then questioned the three passengers and determined all passengers were illegally present in the United States.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

/s/
Signature of Complainant

approved by
/s/ AUSA
Sworn to before me and subscribed in my presence,

**Israel Perez**          **Senior Patrol Agent**
Printed Name of Complainant

**August 24, 2016**                              at   **McAllen, Texas**
Date                                                     City and State

*Donna Ramos*
**Dorina Ramos**        , U. S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1564-M

RE:     Amanda Arla Sanchez-Garcia

**CONTINUATION:**

All subjects were placed under arrest and transported to the McAllen Border Patrol Station for processing.

Principal Statement:

Amanda Arla SANCHEZ-Garcia, a United States Citizen, was advised of her Miranda Rights, stated she understood her rights and was willing to answer questions without the presence of an attorney.

SANCHEZ claimed she was driving around on her cell phone receiving directions from a friend to a fortune teller. SANCHEZ stated she decided to stop to tell her friend where she was at when a male subject approached her vehicle and asked her for a ride to the store. SANCHEZ agreed and a total of three subjects boarded her vehicle. SANCHEZ stated after she started driving she was pulled over by Border Patrol.

Material Witness Statements:

Juan Manuel VAZQUEZ-Palomino and Sergio MARIN-Reyes, both citizens and nationals of the United Mexican States, were advised of their Miranda Rights, stated they understood their rights and agreed to answer questions without the presence of an attorney.

Material Witness Statement 1:

Juan Manuel VAZQUEZ-Palomino paid around 7,000 USD to an unknown smuggler in Reynosa, Tamaulipas, Mexico to be smuggled into the United States. VAZQUEZ crossed the river on a raft with a group of people and one guide. The group was guided for approximately ten minutes before the guide instructed the group to hide behind a house and wait for a gray car, being driven by a female, who would honk when she arrived to pick them up. VAZQUEZ stated a gray car arrived and the female driver said "let's go." VAZQUEZ stated he was seated behind the driver. VAZQUEZ claimed that once the vehicle started to drive away they saw a Border Patrol unit and the driver told the group to get out of her car. The vehicle was then pulled over by Border Patrol.

VAZUEZ positively identified Amanda Arla SANCHEZ-Garcia as the driver of the vehicle that picked him up.

Material Witness Statement 2:

Sergio MARIN-Reyes paid around 1,300 USD to an unknown smuggler in Reynosa, Tamaulipas, Mexico to be smuggled into the United States. MARIN crossed the river on a raft

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1564-M

RE: Amanda Arla Sanchez-Garcia

**CONTINUATION:**

and was guided to a house. The guide instructed the group to hide and wait for a gray car to pick them up. MARIN stated a gray car being driven by a female arrived to pick them up. MARIN claimed he was sitting in the front passenger seat. MARIN stated after they started to drive away, a Border Patrol unit got behind them and pulled them over.

MARIN positively identified Amanda Arla SANCHEZ-Garcia as the driver of the vehicle that picked him up.